JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN, <br> Petitioner, <br> v. <br> WARDEN, Lancaster Prison, <br> Respondent. | Case No. 2:25-cv-09033-HDV-RAO <br><br> JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: 9/26/25

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE